## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| Charles William Fuller, Sr. ) | |
| ) | CASE NO. 16-12148-LRC |
| DEBTOR ) | |
| ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Melissa J. Davey, Standing Chapter 13 Bankruptcy Trustee, files this Notice that she is remitting the amount of $2243.94 to the Registry of the Clerk of the United States Bankruptcy Court on behalf of Charles William Fuller, Sr.. These funds are being remitted to the Registry because the aforementioned party has not claimed the funds.

Dated: 5/25/2022

Respectfully submitted,
/s/
Melissa J. Davey
Chapter 13 Trustee
Georgia Bar No. 206310
233 Peachtree Street, NE Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:         678-510-1450
mail@13trusteeatlanta.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 13 |
| Charles William Fuller, Sr. | ) |
| | ) CASE NO. 16-12148-LRC |
| DEBTOR | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a copy of this Chapter 13 Trustee's Notice of Deposit of Unclaimed Funds to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

DEBTOR(S):
Charles William Fuller, Sr.
P.O. BOX 211
LAGRANGE, GA  30241

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Notice of Deposit of Unclaimed Funds using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
HARMON & GOROVE, ATTYS.

Dated: May 25, 2022.

Respectfully submitted,
/s/
Melissa J. Davey
Chapter 13 Trustee
Georgia Bar No. 206310
233 Peachtree Street, NE Suite 2250
Atlanta, GA 30303
Telephone: 678-510-1444
Fax:          678-510-1450
mail@13trusteeatlanta.com